IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                ORDER

           Plaintiff,

                                                11-cv-349-bbc
                                                09-cr-135-bbc

    v.

DARNELL MOON,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Darnell Moon has filed a document entitled "Notice of Designation of Record" in which he asks that the clerk of court forward all briefs, motions and exhibits from his criminal case no. 09-cr-135-bbc to the court of appeals to be included as part of the record on his appeal in 11-cv-349-bbc.

      The clerk of court certified and transmitted the record on appeal to the court of appeals on August 26, 2011 in case no. 11-cv-349-bbc. Because defendant's appeal is from the denial of his motion under 28 U.S.C. § 2255 (case no. 11-cv-349), the briefs, motions and exhibits from his criminal case (09-cr-135-bbc) are not included in the record. In the event the court of appeals determines that it requires documents from defendant's criminal

1

case, it will make that request to the clerk of courts and the documents will be certified and transmitted to the court of appeals. Therefore, defendant's motion will be denied as unnecessary.

## ORDER

Defendant Darnell Moon's request to forward records to the court of appeals is DENIED as unnecessary.

Entered this 20th day of September, 2011.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge